IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| JEREMY MYERS, | ) | |
| | ) | CIVIL ACTION NO. 1:25-CV-02280 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JENNIFER DOWDELL ARMSTRONG |
| | ) | |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court finds that an entry of judgment reversing and remanding to the agency for further administrative proceedings is warranted because further evaluation of the opinion evidence is warranted.

On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: ___April 20, 2026___    Entered: ___*/s/Jennifer Dowdell Armstrong*___